IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| ELLIOTT WILLIAMS | § |
| VS. | §    CIVIL ACTION NO. 1:22-CV-438 |
| WARDEN PETE COFFIN, ET AL. | § |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Elliott Williams, a prisoner previously confined at the Oliver J. Bell Unit, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Warden Pete Coffin, Lieutenant Tiffany Brooks, Sergeant Williams, Major Harvey, Officer Guidry, Officer Kitts, Ms. Walker, Captain Holms, and unidentified Defendants.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends denying Plaintiff's Motions for Default Judgment.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit.

ORDER

Accordingly, Plaintiff's objections [Dkt. 31] are OVERRULED. The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 29] is ADOPTED. Plaintiff's Motions for Default Judgment [Dkt. 26 and Dkt. 27] are DENIED.

**SIGNED this 26th day of January, 2024.**

Michael J. Truncale
United States District Judge